JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CV 16-4081-DMG(JPRx) |
| Plaintiff, | ) **JUDGMENT OF FORFEITURE** |
| vs. | ) **[16, 48]** |
| $22,050.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |
| DUSTIN BARRETT, | ) |
| Claimant. | ) |

Plaintiff United States of America (the "government") and claimant Dustin Barrett ("Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have in the defendant, namely, $22,050.00 in U.S. Currency.

This civil forfeiture action was commenced on January 19, 2017. Notice was given and published according to law. Claimant filed a claim and notice of interested parties on June 9, 2016 (Dkts. 26 & 27). No other claims or answers were filed, and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $15,550.00 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining $6,500.00 of the defendant currency, without any interest, shall be returned to Claimant via ACH deposit. Claimant shall provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Given that the Court has granted Plaintiff's Motion for Entry of Default Judgment as to all potential claimants, other than Claimant Barrett, the Court hereby enters default judgment in favor of Plaintiff and against all other potential claimants.

The parties and claimants shall bear their own fees and costs in connection with this seizure, retention and return of the defendant currency. All scheduled dates and deadlines are VACATED.

DATED: August 29, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Fiscal Services